UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CVENT, INC.<br><br>v.<br><br>EVENTBRITE, INC. | ECF CASE<br><br>Case No.: 1:10-CV-00481-LMB-IDD |

**JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE ANSWER**

Plainitff Cvent, Inc. and defendant Eventbrite, Inc. respectfully request that the Court extend Eventbrite's deadline to answer Cvent's complaint. A proposed order is attached hereto as Exhibit A.

Pursuant to a previous order of the Court (see Dkt. # 21), Eventbrite's answer is currently due on June 14, 2010. Cvent intends to file a First Amended Complaint, substituting one or more named defendants for currently-named Doe defendants, but is awaiting the response to a third-party subpoena served pursuant to the Court's order of May 26, 2010. Eventbrite does not oppose the filing of Cvent's First Amended Complaint. In order to avoid unnecessarily duplicative pleadings, the parties request that the time for Eventbrite to file and serve its answer or other response to the complaint in this action shall be tolled until not later than ten (10) days after service of Cvent's First Amended Complaint.

Dated: June 14, 2010

Respectfully submitted,

| PLAINTIFF CVENT, INC. | DEFENDANT EVENTBRITE, INC. |
|---|---|
| /s/ Oliver Garcia | /s/ Deneen J. Melander |
| Paul C. Rauser (admitted *pro hac vice*) | Deneen J. Melander (VSB #27445) |
| Oliver Garcia (Va Bar No. 70087) | Eric J. Feigin (VSB #72931) |
| AEGIS LAW GROUP LLP | ROBBINS, RUSSELL, ENGLERT, ORSECK, |
| 901 F Street, N.W., Suite 500 | UNTEREINER & SAUBER LLP |
| Washington, D.C. 20004 | 1801 K Street N.W., Suite 411L |
| Tel: (202) 737-3500/Fax: (202) 737-3330 | Washington, D.C. 20006 |
| email: ogarcia@aegislawgroup.com | (202) 775-4500 (phone) |
| | (202) 775-4510 (fax) |
| *Attorneys for Cvent, Inc.* | efeigin@robbinsrussell.com |
| | *Attorneys for Eventbrite, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of June, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Oliver Garcia
Thomas Edward Shakow
Aegis Law Group LLP
901 F St NW
Suite 500
Washington, DC 20004
(202) 737-3500
(202) 737-3330 (fax)
ogarcia@aegislawgroup.com

      /s/ Deneen J. Melander
      Deneen J. Melander (VSB #27445)
      *Attorney for Defendant Eventbrite, Inc.*
      ROBBINS, RUSSELL, ENGLERT, ORSECK,
          UNTEREINER & SAUBER LLP
      1801 K Street N.W., Suite 411L
      Washington, D.C. 20006
      (202) 775-4500 (phone)
      (202) 775-4510 (fax)
      dmelander@robbinsrussell.com