# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

_____
)
CVENT, INC.                                    )
                                               )
             Plaintiff,                        )
                                               )
       v.                                      )    Civil Action No. 1:10-cv-481(LMB)
                                               )
EVENTBRITE, INC.                               )
                                               )
and DOES 1-10, individuals and/or business     )
entities of unknown nature,                    )
                                               )
             Defendants.                       )
_____ )

**STIPULATION AND CONSENT ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff Cvent, Inc. ("Cvent") and Defendant Eventbrite, Inc. ("Eventbrite") hereby stipulate and agree as follows:

1. Cvent intends to file a First Amended Complaint, substituting one or more named defendants for currently-named Doe defendants, but is awaiting the response to a third-party subpoena served pursuant to the Court's order of May 26, 2010.

2. Eventbrite does not oppose the filing of Cvent's First Amended Complaint.

3. In order to avoid unnecessarily duplicative pleadings, the time for Eventbrite to file and serve its answer or other response to the complaint in this action shall be tolled until not later than ten (10) days after service of Cvent's First Amended Complaint.

**SO ORDERED.**

Date:_____  _____
                                                Leonie M. Brinkema
                                                United States District Judge